**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00074-LTB

MICAH BLACKFEATHER,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's motion for an extraordinary writ (ECF No. 15) is DENIED as moot because the instant action was dismissed by order filed on February 19, 2014.

Dated:  March 18, 2014